# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

**DAVID PERRY,**

    Plaintiff,

v.                          Civil Action No. 3:18CV330

**RICHMOND CITY JAIL,**

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on June 12, 2018, the Court conditionally filed Plaintiff's complaint. On June 18, 2018, the United States Postal Service returned the Memorandum Order to the Court marked, "RETURN TO SENDER," and "NOT AT THIS ADDRESS" because Plaintiff apparently relocated. Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                M. Hannah Lauck
                                                United States District Judge

Date: June 26, 2018
Richmond, Virginia